PROB. 35  
(Rev. 7/04)

Report and Order Terminating Probation/Supervised Release Prior to Original Expiration Date

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEBRASKA

**UNITED STATES OF AMERICA**

   **v.**         **Docket #8:06CR74-1**

**TORY LEE PETERSON**

On January 19, 2001, Ms. Peterson was sentenced to 60 months custody, to be followed by 120 months supervised release. The period of supervised release commenced May 25, 2005. Ms. Peterson has complied with the rules and regulations of supervised release and is no longer in need of supervision. It is accordingly recommended that Ms. Peterson be discharged from supervision.

            Respectfully submitted,

            */s/ Kala Hayden*

            Kala Hayden  
            U.S. Probation Officer Assistant

## ORDER OF THE COURT

Pursuant to the above report, it is ordered that the probationer/supervised releasee be discharged from supervision and that the proceedings in the case be terminated.

Dated this   16th   day of   February  , 2010.

            */s/ Joseph F. Bataillon*

            The Honorable Joseph F. Bataillon  
            Chief United States District Judge